WRIGHT A. SMITH, Appellant, *v.* MARGARET A. PITTS et al., Respondents, Impleaded with Others.

(Submitted March 3, 1933; decided April 11, 1933.)

*Richard E. Heffernan* for appellant.
*Andrew J. Hanmer* for Margaret A. Pitts, respondent.
*Giles A. Chase* for Ida Richardson, respondent.
*John M. Steele* for Florence Richardson, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.